COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-14-00077-CV

Style:     Nga Ly, individually and as Administrator of the Estate of Ashley Ly Truong and the Estate of Tiffany Ly Troung v. David Nguyen, aka Hung Quoc Nguyen, a/k/a Nguyen Hung Quoc; Hoa Thi Tran, a/k/a Thuan Tuan Tran, a/k/a Hoa Nguyen; David Nguyen; Tran Diem Thuy; Diem Tran; David Nguyen; and Saint Joseph Village Condominium Association, Inc.

Date motion filed:     February 10, 2014

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated January 31, 2014.

Judge's signature: /s/ Laura Carter Higley
                    x  Acting individually

Date: February 12, 2014

*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).